UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

**JOSE C. CARTAGENA and**
**WANDA CARTAGENA** ,   CASE NUMBER: **6:18-bk-00027-CCJ**
CHAPTER 13

Debtors.
_____

**MOTION FOR RELIEF FROM STAY**

Comes now the Movant, **ONEMAIN FINANCIAL GROUP, LLC**, by and through its undersigned attorney and respectfully represents:

1. The Debtors filed a voluntary petition under Chapter 13, Title 11 of the United States Code.

2. **ONEMAIN FINANCIAL GROUP, LLC,** is the holder of a claim in the amount of $15,123.83, secured by a 2014 Ford Fusion, VIN #3FA6P0H74ER187375. Copies of the Loan Agreement and Disclosure Statement and Certificate of Title are attached.

3. Debtors have failed to make payment and are in default under the terms of the loan agreement.

4. Debtors, as indicated in their Chapter 13 Plan, are surrendering the above-mentioned vehicle. However, to date, they continue to use the collateral, subjecting it to depreciation and risk of loss.

5. Pursuant to the contract, the Debtors are required to maintain insurance coverage in full force and effect, naming Movant as the loss payee.

6. **ONEMAIN FINANCIAL GROUP, LLC,** lacks adequate protection for its interest in the collateral.

7. Neither the Debtors nor the Trustee have any equity in the collateral and the collateral is not essential to a successful reorganization.

8. If **ONEMAIN FINANCIAL GROUP, LLC,** is not permitted to enforce its security interest in the

collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

**WHEREFORE**, the Movant prays that the automatic stay imposed by 11 USC, Section 362(a) be modified so as to permit **ONEMAIN FINANCIAL GROUP, LLC**, to enforce its security interest in the collateral and that the additional stay period shall not be enforced or that adequate protection be furnished and require Debtors to maintain insurance coverage on the security and naming Movant loss payee under said policy.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Jose C. Cartagena and Wanda Cartagena, Debtors, 2507 Brookstone Drive, Kissimmee, Florida 34744, the address as shown on the Bankruptcy Notice, and to:   Alejandro Rivera, Attorney for Debtors, 1400 W. Oak Street, F, Kissimmee, Florida 34741-4000; Laurie K. Weatherford, Trustee, Post Office Box 3450, Winter Park, Florida 32790; and to the Office of the U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, by U.S. Mail, this 16th day of July, 2018.

ROLFE & LOBELLO, PA

/s/Thomas Lobello, III
_____
THOMAS LOBELLO, III, ESQUIRE
Fla. Bar No.:  603023
Post Office Box 4400
Jacksonville, Florida 32201-4400
(904) 358-1666 / (904) 356-0516 (Telefax)
Email:  tl@rolfelaw.com / toliver@rolfelaw.com
Attorney for MOVANT